UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.C.G.,

    *Petitioner,*

v.

Kenneth GENALO, *et al.*,

    *Respondents.*

Case No. 24-cv-8755

### ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR LEAVE TO PROCEED USING INITIALS AND TO REFER TO HIS PARTNER BY HER FIRST NAME ONLY

Petitioner's motion to proceed in this case using his initials is GRANTED. The parties are hereby directed to refer to Petitioner by his initials, "J.C.G." or "J.D.C.G.," and to redact supporting documents in a consistent manner. The parties are further directed to refer to Petitioner's partner by her first name, "Amy," and to redact supporting documents in a consistent manner. In addition, the parties may use Amy's last initials in redacted documents when her first name is not used and using her last initials provides necessary context.

IT IS SO ORDERED.

Dated: November 20, 2024
      New York, NY

*Jennifer Rochon*
United States District Judge

1