

U.S. Department of Justice

*United States Attorney for the
Southern District of New York*

*86 Chambers Street, Third Floor
New York, New York 10007*

November 22, 2024

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *J.C.G. v. Genalo, et al.*, No. 24 Civ. 8755 (JLR)

Dear Judge Rochon:

      This Office represents respondents (the "Government") in the above-referenced habeas corpus action. I write, jointly with petitioner's counsel, to respectfully request that the Court adjourn the conference scheduled for November 26, 2024, and enter the following proposed schedule for briefing on the habeas petition:

- December 11, 2024: Deadline for Government's response to petition; and
- December 19, 2024: Deadline for Petitioner's reply.

      We thank the Court for its consideration of this letter.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
*Attorney for Respondents*

By:  */s/ Jessica F. Rosenbaum*
JESSICA F. ROSENBAUM
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2777
E-mail: jessica.rosenbaum@usdoj.gov

cc: Petitioner's counsel of record (via ECF)

---

The request to adjourn the conference scheduled for November 26, 2024 is GRANTED. The Government's response to the petition shall be due December 11, 2024, and Petitioner's reply shall be due December 19, 2024.

Dated: November 25, 2024
       New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON
United States District Judge**